UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTT THOMPSON & LEIGH-ANN THOMPSON, a married couple, on behalf of M.T., their minor child,<br><br>Plaintiffs,<br><br>v.<br><br>THE DENLEA COMPANY, a Washington corporation, d/b/a BEST WESTERN RIVER TREE, INN,<br><br>Defendant. | NO: 2:15-CV-0303-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 20). The parties have agreed to dismiss all claims in this action with prejudice, without an award of costs to any party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' stipulation, all claims in this action are **DISMISSED** with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  Plaintiff's counsel **must** file deposit receipts showing disbursement of the
2  net settlement proceeds to the Trust Fund within the time provided in the Court's
3  Order at ECF No. 19 at 3.
4  The District Court Executive is hereby directed to enter this Order, furnish
5  copies to counsel, and otherwise **CLOSE** the file.
6  **DATED** October 21, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2